J-S10041-21
Filed 08/03/2021

**IN THE SUPERIOR COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA    :    No. 1194 MDA 2020

                        v.                               :

LOUIS RICHARD GRIMES, JR.         :

          Appellant                 :

## <u>ORDER</u>

Upon consideration of the application for reargument, IT IS HEREBY ORDERED:

THAT *en banc* reargument is GRANTED;

THAT the decisions of this COURT filed May 28, 2021, are withdrawn;

THAT the case be listed before the next available *en banc* panel; and

THAT Appellant, Louis Richard Grimes Jr., shall file an original and nineteen (19) copies of either the brief previously filed, the brief previously filed together with a supplemental brief, or a substituted Brief for Appellant by August 24, 2021, along with an original and ten (10) copies of the reproduced record. Appellee, the Commonwealth of Pennsylvania, shall thereafter have twenty-one (21) days after service to file an original and nineteen (19) copies of the brief previously filed, the brief previously filed together with a supplemental brief, or a substituted Brief for Appellee. Appellant shall thereafter have fourteen (14) days after service to file an original and nineteen (19) copies of a reply brief in accordance with Pa.R.A.P. 2113(a), if desired. No other briefs may be filed by the parties without leave of this Court; AND

THAT any substituted briefs shall clearly indicate on the cover page that they are substituted briefs or, if a party chooses to file the original and supplemental briefs, the supplemental briefs shall clearly indicate on the cover page that they are supplemental.

PER CURIAM